UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD KRAUS, as attorney for MOTORS
INSURANCE CORPORATION,                               Case No. 2:11-cv-10762

    Plaintiff,                                            Hon. Avern Cohn

v                                                    Magistrate Judge Michael J. Hluchaniuk

UNITED STATES DEPARTMENT OF JUSTICE and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(2), the parties stipulate to voluntary dismissal of this action with prejudice. Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| FOSTER, SWIFT, COLLINS & SMITH, P.C. | UNITED STATES ATTORNEY'S OFFICE |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| By: s/ Richard C. Kraus | By: s/Andrew J. Lievense |
| Richard C. Kraus (P27553) | Andrew J. Lievense |
| 313 S. Washington Square | Assistant United States Attorney |
| Lansing, MI  48933 | 211 W. Fort Street |
| 517-371-8104 | Suite 2001 |
| rkraus@fosterswift.com | Detroit, MI 48226 |
| | 313-226-9665 |
| | andrew.lievense@usdoj.gov |
| | |
| September 30, 2011 | September 30, 2011 |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 30, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

   Andrew J. Lievense, Assistant United States Attorney, at
   Andrew.Lievense@usdoj.gov

          Foster, Swift, Collins & Smith, P.C.
         Attorneys for Plaintiff
         By: <u>s/ Richard C. Kraus</u>
         Richard C. Kraus (P27553)
         Joshua K. Richardson (P71117)
         313 S. Washington Square
         Lansing, MI  48933
         517-371-8104
         rkraus@fosterswift.com