UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

RICHARD KRAUS, as attorney for MOTORS INSURANCE CORPORATION,

    Plaintiff,

v

UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

Case No. 2:11-cv-10762

Hon. Avern Cohn

Magistrate Judge Michael J. Hluchaniuk

---

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(2).  Each party shall bear its own costs.


Dated:  October 03, 2011

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE